IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-128-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| GARY STARKIE, ) | |
| ) | |
| Defendant. ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Donald Manley of the Greenville Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on January 28, 2014, be transferred to Donald Manley to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 11 | .45 Ruger Caliber Pistol |

SO ORDERED this the 28th day of January, 2014.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Donald Manley, Case Agent

Evan Rikhye, Assistant U.S. Attorney