UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 5:13-cr-00128-FL-1

GARY STARKIE

ORDER

In order that the jury trial may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors for the duration of trial. The cost of these meals total $145.18. The clerk is DIRECTED to have The Chelsea direct bill the Clerk's Office for the sum of $145.18.

1/28/14
Date

LOUISE W. FLANAGAN
United States District Judge